IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EMMA DUNN, an individual, | ) Case No.  1:15-cv-00676 SKO |
| Plaintiff, | ) **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE** |
| v. | ) |
| BUDGET PREPAY, INC., a corporation, | ) |
| Defendant. | ) Hon. Sheila K. Oberto |

On July 20, 2015, the parties jointly submitted a Stipulation for Dismissal with Prejudice signed by all parties.  The parties stipulated that upon dismissal, they would bear their own respective costs, including attorney fees and other litigation expenses.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been terminated under the terms agreed to by the parties.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **July 21, 2015**                                       **/s/ Sheila K. Oberto**
                                                                          UNITED STATES MAGISTRATE JUDGE

\\

1